calendar. Mary B. Tarcher, 11 Park Place, New York 7, New York, is assigned as counsel to prosecute the appeal. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ In the Matter of Rose M. Eisner, Appellant, v. Wesley J. Farrington, as Commissioner of Building of the City of White Plains, et al., Respondents. (And Another Proceeding.) — Motion to dispense with printing of part of the record on appeal, i.e., the returns of the Commissioner of Building and of the Zoning Board of Appeals, of the City of White Plains, granted. The originals and five copies of said returns to be handed up to the court upon the argument or submission of the appeal. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ In the Matter of Edward S. Silver, as District Attorney of the County of Kings, Petitioner, v. Norman Ginsberg, an Attorney, Respondent.— Motion for reargument and for leave to appeal to the Court of Appeals referred to the court that rendered the decision. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ In the Matter of Pacemaker Construction Corp., Appellant, v. Heidi Construction Corp., Respondent.— Motion to dismiss appeals denied, without costs, with leave to renew on the argument or submission of the appeal. Motion to resettle record on appeal denied, without costs. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ Irving Levin, Appellant, v. Monica J. Ward et al., Respondents.— Motion to dispense with the printing of certain exhibits granted; the originals thereof to be handed up on the argument or submission of the appeal. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ R. C. F. Mattone, Appellant, v. Broadview Manor, Inc., Respondent, et al., Defendant.— Motion to direct restitution granted by default, with $10 costs. The plaintiff had paid to defendant Broadview Manor, Inc., the sum of $116.50 under a judgment which this court subsequently reversed. Pursuant to section 587 of the Civil Practice Act, said defendant is hereby directed, within 10 days after service of a copy of the order entered hereon, to make restitution of this sum to the plaintiff. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ Peggy A. Morgan, Respondent, v. Irving D. Springer, Appellant.— Motion by appellant to extend time to perfect appeal granted on condition that appellant argues or submits the appeal at the November 1960 Term, beginning October 31, 1960, for which term the appeal is ordered to be placed on the calendar. Motion by appellant to include a certain letter in record on appeal, denied. The record and appellant's brief must be served and filed on or before October 19, 1960. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ Peggy A. Morgan, Respondent, v. Irving D. Springer, Appellant.— Motion to dismiss appeal denied, without costs. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ Cecelia C. Orlando et al., Respondents, v. Frank A. Catanzariti, Appellant.— Motion to dismiss appeal denied on condition that appellant argue or submit the appeal at the November 1960 Term beginning October 31, 1960, for which term the appeal is ordered to be placed on the calendar. Respondents are granted leave to renew the motion upon the argument of the appeal. The record and appellant's brief must be served and filed on or before October 17, 1960. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.